■    COLUMBIA BANKING, SAVING & LOAN ASSOCIATION, Appellant, v. PHOENIX INSURANCE COMPANY, Respondent. (And Six Other Actions.) — Order unanimously affirmed, without costs of this appeal to any party. Memorandum: Our affirmance is without prejudice to the rights of the defendants, who are to be added by supplemental summonses and amended complaints, to object to being made parties to these actions. Indeed, we do not reach the procedural questions as to whether they can lawfully be added. Inasmuch as they are not parties to the present motion our determination is not binding on them. It simply appears to us, upon a prima facie examination of the papers, that they "ought to be [parties] if complete relief is to be accorded to those already parties" (Civ. Prac. Act, § 193, subd. 1). The order is also without prejudice to a motion by defendants to consolidate with the present actions an action which *may* now be pending in Supreme Court, Ontario County, instituted by Harold J. Van Opdorp, as trustee in bankruptcy of Lamplighter, Inc., against the defendants-respondents. (Appeal from order of Monroe Special Term granting defendants' motion to direct plaintiff to issue supplemental summonses and the amendment of the complaints and granting a stay.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■    In the Matter of HERMAN WEINSTEIN, Appellant, v. JOSEPH A. NICOSIA Constituting the Board of Zoning Appeals of the City of Buffalo, Respondents.— Final order unanimously affirmed, without costs of this appeal to any party. (Appeal by petitioner from final order of Erie Special Term affirming the decision of the Zoning Board denying application of petitioner for a building permit to enlarge a building for a nonconforming use.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ. [32 Misc 2d 246.]